**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| LIA LISAC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Cause No. 2:26-cv-235 |
| ZIG-E's FUNLAND, INC., | ) | |
| Defendant. | ) | |

# OPINION AND ORDER

On May 21, 2026, Plaintiff Lia Lisac sued Defendant Zig-E's Funland, Inc. for sex discrimination and retaliation under Title VII. [DE 1.] After receiving an extension of time to respond, Defendant filed a motion to dismiss the complaint on July 27, 2026, arguing that Plaintiff's complaint failed to properly state a claim upon which relief could be granted. [DE 11; DE 12; DE 13.] Defendant also filed a motion to stay discovery pending resolution of the motion to dismiss, which Magistrate Judge Zanzi granted. [DE 15.] On August 17, 2026, within 21 days of the motion to dismiss being filed, Plaintiff filed an amended complaint that contained more details regarding her claims. [DE 16.] The Defendant then filed an answer to that amended complaint. [DE 17.]

"Under normal circumstances, the filing of an amended complaint renders moot any pending motion to dismiss." *Aqua Finance, Inc. v. Harvest King, Inc.*, 2007 WL 5404939, at *1 (W.D. Wis. Mar. 12, 2007); *see also Versmesse v. Sonic Automotive, Inc.*, 2025 WL 2877845, at *1, n.1 (N.D. Ind. Oct. 8, 2025) ("Typically amended pleadings moot previously filed motions relating to the original pleading."); *Lim v. Central DuPage*

*Hosp*., 972 F.2d 758, 762 (7th Cir.1992) (noting without comment trial judge's denial of pending motion to dismiss as moot in light of amended complaint); *Standard Chlorine of Delaware, Inc. v. Sinibaldi*, 821 Supp. 232, 239–40 (D. Del. 1992) (holding that the plaintiff's filing of an amended complaint rendered the defendants' motion to dismiss the original complaint moot).

Accordingly, the motion to dismiss the original complaint [DE 12] is **DENIED AS MOOT** and the stay on discovery in this case is hereby lifted.

ENTERED: September 8, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT